IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEREMY PINSON,                   :
                                 :
          Plaintiff              :    CIVIL NO. 1:16-CV-00565
                                 :
     vs.                         :
                                 :
L.J. ODDO, et al.,               :    (Judge Rambo)
                                 :
                                 :
          Defendants             :

--------------------------------------------------------

JEREMY PINSON,                   :
                                 :
          Plaintiff              :    CIVIL NO. 1:17-CV-00103
                                 :
     vs.                         :
                                 :
ELIZABETH SANTOS,                :    (Judge Rambo)
et al.,                          :
                                 :
                                 :
          Defendants             :

<u>ORDER</u>

In accordance with the accompanying memorandum,

**IT IS HEREBY ORDERED THAT:**

1.  The order (Doc. 5) issued in Civil No. 16-565 on August 15, 2016, (1) construing Pinson's motion for leave to proceed <u>in forma pauperis</u> as a motion for leave to proceed without full prepayment of the filing

and (2) granting that motion is **VACATED** and the motion to proceed <u>in forma pauperis</u> (Doc. 2.) is **DENIED.**

2.   Pinson's complaint in Civil No. 16-565 is **DISMISSED** without prejudice pursuant to the three-strikes provision, 28 U.S.C. § 1915(g), and all other pending motions in that case are **DENIED AS MOOT.**

3.   Pinson's motion for leave to proceed <u>in forma pauperis</u> (Doc. 2) in Civil No. 17-103 is **DENIED.**

4.   Pinson's complaint in Civil No. 17-103 is **DISMISSED** without prejudice pursuant to the three-strikes provision, 28 U.S.C. § 1915(g).

5.   The Clerk of Court shall **CLOSE** the above-captioned cases.

6.   Any appeals from this order will be deemed frivolous,  not taken in good faith and lacking probable cause.

<u> s/Sylvia H. Rambo             </u>
SYLVIA H. RAMBO
United States District Judge

January 24, 2017